IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **THOMAS COLEMAN #1689125** | § | |
| | § | |
| **V.** | § | **W-23-CA-082-ADA** |
| | § | |
| **BRYAN COLLIER, et al.** | § | |

### ORDER OF DISMISSAL

On February 14, 2023, the Court ordered Plaintiff to file a more definite statement answering particular questions. The Court also ordered Plaintiff to submit either the filing fee of $402.00 or a properly supported and signed application to proceed in forma pauperis. Plaintiff had until March 16, 2023, to comply with the Court's orders. Plaintiff failed to respond to the Court's orders. On March 20, 2023, the Court ordered Plaintiff to show cause why his case should not be dismissed. Plaintiff had until April 19, 2023, to comply with the Court's order. To date, Plaintiff has failed to respond to the order.

The Court has the inherent power under Rule 41(b) of the Federal Rules of Civil Procedure to dismiss the case *sua sponte* where necessary to achieve orderly, expeditious disposition of cases. Because Plaintiff has failed to comply with the Court's orders his case is dismissed for want of prosecution and for failure to obey an order of the Court.

In light of the above, it is therefore **ORDERED, ADJUDGED, and DECREED** that this case be **DISMISSED WITHOUT PREJUDICE** and **CLOSED**

**SIGNED** on April 26, 2023

_____<br>
ALAN D ALBRIGHT<br>
UNITED STATES DISTRICT JUDGE